# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00105-CV

---

### In re Pastor Langston B. Williams Jr. and Magnolia Church

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## M E M O R A N D U M   O P I N I O N

We deny the petition for writ of mandamus.[1]  *See* Tex. R. App. P. 52.8(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed:  December 30, 2022

---

[1] We dismiss the pending motion for expedited consideration as moot.